```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15024
   MICHAEL JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2776


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/16/2006 and was confirmed 01/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG      .00           .00           .00
CAPITAL ONE                UNSEC W/INTER   1629.70         84.70       1629.70
CREDIT PROTECTION          UNSEC W/INTER NOT FILED          .00           .00
HILCO RECEIVABLES          UNSEC W/INTER NOT FILED          .00           .00
HILCO RECEIVABLES COLUMB   NOTICE ONLY   NOT FILED          .00           .00
MONOGRAM BANK N AMERICA    UNSEC W/INTER NOT FILED          .00           .00
NCO COLLECTION AGENCY      UNSEC W/INTER NOT FILED          .00           .00
NICOR GAS                  UNSEC W/INTER NOT FILED          .00           .00
PROVIDIAN                  UNSEC W/INTER NOT FILED          .00           .00
NEAL FELD                  DEBTOR ATTY    1,707.50                     1,707.50
TOM VAUGHN                 TRUSTEE                                       229.92
DEBTOR REFUND              REFUND                                        267.76

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             3,919.58

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                     1,629.70
    INTEREST                                     84.70
ADMINISTRATIVE                                1,707.50
TRUSTEE COMPENSATION                            229.92
DEBTOR REFUND                                   267.76
                    --------------        --------------
TOTALS              3,919.58                  3,919.58
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 04/24/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```